# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2025 ND 20

Ashley A. Hillerson, f/k/a Ashley A. Baker,          Plaintiff and Appellee

    v.

Eric L. Baker,                                Defendant and Appellant

## No. 20240214

Appeal from the District Court of Burleigh County, South Central Judicial District, the Honorable Bobbi B. Weiler, Judge.

AFFIRMED.

Per Curiam.

Micheal A. Mulloy, Bismarck, N.D., for plaintiff and appellee.

Christopher E. Rausch, Bismarck, N.D., for defendant and appellant.

**Per Curiam.**

[¶1] Eric Baker appeals from a third amended judgment and order for attorney's fees entered in parental responsibility proceedings against Ashley Hillerson, f/k/a Ashley Baker. On appeal, Eric Baker argues the district court clearly erred by denying his motion to modify the parenting plan and by implementing a graduated parenting time schedule that is not in the best interests of the children. After review of the record, we conclude the district court's findings of facts and findings on the best interest factors are not clearly erroneous. We summarily affirm the district court order denying Eric Baker's motion to modify the parenting plan and implementing a graduated parenting time schedule under N.D.R.App.P. 35.1(a)(2).

[¶2] Eric Baker also argues the district court abused its discretion by finding him in contempt and awarding attorney's fees. After review of the record, we conclude the district court's order for contempt and award of attorney's fees was not an abuse of discretion. We summarily affirm the district court order for contempt and order for attorney's fees under N.D.R.App.P. 35.1(a)(4).

[¶3] Eric Baker's remaining arguments are either without merit or unnecessary to our decision. We summarily affirm the third amended judgment and order for attorney's fees. *See* N.D.R.App.P. 35.1(a)(2) & (4).

[¶4]  Jon J. Jensen, C.J.
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte
Douglas A. Bahr